IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

BRANDON PUGH (# 165014)                                        PLAINTIFF

v.                                                                      No. 4:19CV13-GHD-RP

LT. EDWARD THIGPEN
LT. TONY FOSTER
DEPUTY WARDEN LEE SIMON
ASSOCIATE WARDER MRS. STURDEVANT                  DEFENDANTS

ORDER GRANTING PLAINTIFF'S MOTION [34]
FOR DISMISSAL OF DEFENDANTS
FOSTER AND STURDEVANT

This matter comes before the court on the motion [34] by the plaintiff to dismiss defendants Lt. Tony Foster and Warden Mrs. Sturdevant from this suit. The motion is **GRANTED.**

Defendants Foster and Sturdevant are **DISMISSED** from this suit.

SO ORDERED, this, the 25th day of September, 2020.

_____
SENIOR UNITED STATES DISTRICT JUDGE