**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**BRANDON PUGH (# 165014)**                                                **PLAINTIFF**

**v.**                                                                    **No. 4:19CV13-GHD-RP**

**LT. EDWARD THIGPEN
LT. TONY FOSTER
DEPUTY WARDEN LEE SIMON
ASSOCIATE WARDER MRS. STURDEVANT**                          **DEFENDANTS**

**ORDER DENYING PLAINTIFF'S MOTION [27] IN LIMINE
AS TO UNIDENTIFIED ADMINISTRATIVE RECORDS**

This matter comes before the court on the motion [27] by the plaintiff to exclude unidentified

administrative records from being introduced into evidence.   As he has not stated which

administrative records are at issue, the motion is **DENIED.**

**SO ORDERED**, this, the 25th day of September, 2020.

/s/    Roy Percy
UNITED STATES MAGISTRATE JUDGE