IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**BRANDON PUGH (# 165014)** **PLAINTIFF**

**v.** **No. 4:19CV13-GHD-RP**

**LT. EDWARD THIGPEN**
**LT. TONY FOSTER**
**DEPUTY WARDEN LEE SIMON**
**ASSOCIATE WARDER MRS. STURDEVANT** **DEFENDANTS**

**ORDER DENYING PLAINTIFF'S**
**MOTIONS [32], [33] FOR DISCOVERY**

The plaintiff has filed two motions [32], [33] to conduct discovery in the present case proceeding under 42 U.S.C. § 1983 challenging the conditions of his confinement. The plaintiff is currently incarcerated at the Wilkinson County Correctional Facility. Discovery in *pro se* prisoner conditions of confinement cases is limited to that set forth in the court's scheduling order. The plaintiff has not provided sufficient justification for discovery beyond the limits set forth in that order. As such, he is not entitled to conduct discovery at this time, and the motions [32], [33] are **DENIED**.

**SO ORDERED**, this, the 25th day of September, 2020.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE