IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**BRANDON PUGH (# 165014)**                                       **PLAINTIFF**

v.                                                                    No. 4:19CV13-GHD-RP

**LT. EDWARD THIGPEN**
**LT. TONY FOSTER**
**DEPUTY WARDEN LEE SIMON**
**ASSOCIATE WARDEN MRS. STURDEVANT**                    **DEFENDANTS**

## JUDGMENT

Having considered the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge was duly served by mail upon the *pro se* plaintiff at his last known address; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party. The Magistrate Judge's Report and Recommendation should therefore be approved and adopted as the opinion of the court. It is **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That, on the plaintiff's motion, defendant Associate Warden Mrs. Sturdevant is **DISMISSED** with prejudice from this suit.

3. That the plaintiff's claims against the remaining defendants for denial of adequate medical care and poor general conditions of confinement will **PROCEED**.

SO ORDERED, this, the 25th day of September, 2020.

_____
SENIOR UNITED STATES DISTRICT JUDGE