IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

BRANDON PUGH (# 165014)                                      PLAINTIFF

v.                                                           No. 4:19CV13-GHD-RP

LT. EDWARD THIGPEN
LT. TONY FOSTER
DEPUTY WARDEN LEE SIMON
ASSOCIATE WARDER MRS. STURDEVANT                             DEFENDANTS

FINAL JUDGMENT

In accordance with the memorandum opinion entered this day, the defendants' motion for summary judgment is **GRANTED**, and judgment is **ENTERED** for the defendants. This case is **CLOSED**.

SO ORDERED, this, the 29th day of September, 2020.

_____
SENIOR UNITED STATES DISTRICT JUDGE